UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN P. LAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTERWALL, INC., a Delaware corporation, d/b/a/ Coinstar,<br><br>Defendant. | NO. CV-13-316-RHW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. 16. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), Plaintiff dismisses the above-captioned action. Defendant has not answered the Amended complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **dismissed** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 8th day of January, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\RHW\aCIVIL\2013\Lair\dismiss.wpd

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 1**